No. 40833.—Protests 938268–G, etc., of F. W. Woolworth Co. (Seattle).

Opinion by SULLIVAN, J.   It was stipulated that the merchandise consists of cabinets in chief value of wood similar to those the subject of Abstract 37636. The claim at 33⅓ percent under paragraph 412 was therefore sustained.